# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Artie Keno,<br><br>          Petitioner,<br><br>v.<br><br>State of Arizona, et al.,<br><br>          Respondents. | No. CV-16-00721-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued on April 26, 2018 by United States Magistrate Judge D. Thomas Ferraro. (Doc 15.) Magistrate Judge Ferraro recommends dismissing Petitioner's Amended § 2254 Petition for Writ of Habeas Corpus because Petitioner's claims were either waived by Petitioner's guilty plea or were procedurally defaulted without excuse. (*See id*.) The Report informed the parties of the fourteen day deadline for filing objections to the Report.

On April 27, 2018, the Petitioner's copy of the Report and Recommendation was returned as undeliverable because Petitioner had been released from custody. Petitioner failed to submit a change of address. (*See* Doc. 16.)

The deadline for filing objections expired on May 10, 2018. *See* Fed. R. Civ. P. 72(b)(2). No objections have been filed.

Pursuant to LRCiv 83.3(d), an unrepresented party must file a notice of an address change no later than fourteen (14) days before the effective date of the change, and an unrepresented party who is incarcerated must file a notice of an address change no later

than seven (7) days after the effective date of the change. *See also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.")

Despite Petitioner's failure to provide an updated address, the Court has independently reviewed the Report and Recommendation. After such review, the Court finds that recommendation is supported. Accordingly, the Court will adopt Magistrate Judge Ferraro's recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985). Therefore,

IT IS ORDERED that the Report and Recommendation (Doc. 15) is ADOPTED.

IT IS FURTHER ORDERED THAT Defendant's Amended Petition for Writ of Habeas Corpus (doc. 9) is DISMISSED.

Dated this 24th day of May, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge